1024

No. 73–343.  DONLON ET UX. *v.* INTERNAL REVENUE SERVICE.  C. A. 3d Cir.  Certiorari denied.

No. 73–350.  WATSON *v.* NEVADA NATIONAL BANK. C. A. 9th Cir.  Certiorari denied.

No. 73–353.  ABBOTT ET AL. *v.* UNITED STATES.  Ct. Cl. Certiorari denied.

No. 73–355.  MAY *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 73–356.  RIVA *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 3d Cir.  Certiorari denied.

No. 73–357.  2,431.4 ACRES OF LAND, MORE OR LESS, SITUATED IN HANCOCK COUNTY, MISSISSIPPI, ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–358.  JONES ET UX. *v.* CREDIT BUREAU OF NASHVILLE.  C. A. 6th Cir.  Certiorari denied.

No. 73–363.  NIX *v.* GRAND LODGE OF THE INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS.  C. A. 5th Cir.  Certiorari denied.

No. 73–365.  O'CONNOR *v.* O'CONNOR ET AL.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 73–367.  LOSERS, INC., ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 73–371.  WELLS *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.